UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| MARCO ANTHONY GOMEZ, JR., <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | CR. NO. 2:07-0248-10 WBS <br><br> <u>ORDER</u> |

----oo0oo----

On November 7, 2016, defendant Marco Anthony Gomez, Jr. filed a motion to reduce sentence pursuant to 18 U.S.C. § 3582. (Docket No. 1452.) The United States shall file an opposition to petitioner's motion no later than December 12, 2016. Petitioner may then file a reply no later than January 3, 2017. The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

IT IS SO ORDERED.

Dated: November 7, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1